# United States Court of Appeals
## For the First Circuit

No. 02-1623

UNITED STATES OF AMERICA,

Appellee,

v.

RALPH CASAS,

Defendant, Appellant.

No. 02-1624

UNITED STATES OF AMERICA,

Appellee,

v.

FELICIANO NIEVES,

Defendant, Appellant.

Nos. 02-1785
    02-1674

UNITED STATES OF AMERICA,

Appellee,

v.

WINSTON CUNNINGHAM,

Defendant, Appellant.

No. 02-1794

UNITED STATES OF AMERICA,

Appellee,

v.

RAFAEL SEGUI-RODRIGUEZ,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on January 20, 2004 is amended as follows:

At p. 41, l. 9, add "We note that Cunningham has not argued that the evidence was insufficient."

At p. 55, l. 12, add "and the United States is free to retry Cunningham if it so chooses. See Montana v. Hall, 481 U.S. 400, 402 (1987); Burks v. United States, 437 U.S. 1, 6 (1978); Ball v. United States, 163 U.S. 662, 672 (1896)."